EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.     1:24-CV-00748-STV

KERSTIN ANDERSON

    Plaintiff,

v.

THE TOWN OF DILLON

    Defendant.

## OFFER OF JUDGMENT

Defendant, The Town of Dillon, ("The Town"), by and through its attorney Ashley Hernandez-Schlagel of Nathan Dumm & Mayer P. C., pursuant to Fed.R.Civ.P. 68, tenders the following Offer of Judgment to Plaintiff as follows:

    A.    Judgment may be entered against the Town in the total amount of fifty thousand dollars ($50,000), exclusive of attorney's fees and costs.

    B.    All recoverable attorney's fees and costs against the Town will be set by stipulation of the parties or by Court Order.

    C.    The Judgement shall be in full satisfaction and shall operate to release all claims or rights that Plaintiff may have to damages or any other form of relief, arising out of any alleged act or omission of the Defendant in connection with the facts and circumstances that were alleged or could have been alleged in the subject action.

    D.    If not timely accepted, this Offer of Judgment shall be deemed automatically withdrawn pursuant to Fed.R.Civ.P. 68.

DATED this 7th day of June, 2024.

*s/Ashley Hernandez-Schlagel*
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2024 I electronically mailed the foregoing **OFFER OF JUDGMENT** to the following:

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 300
Denver CO 80210
303.749.0659
sklopman@hklawllc.com
*Attorneys for Plaintiff*

                                            *s/Ashley Hernandez-Schlagel*
                                            Ashley Hernandez-Schlagel
                                            Attorneys for Defendant
                                            NATHAN DUMM & MAYER P.C.
                                            7900 E. Union Avenue, Suite 600
                                            Denver, CO 80237-2776
                                            Telephone: (303) 691-3737
                                            Facsimile: (303) 757-5106
                                            ASchlagel@ndm-law.com