EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:24-cv-00748-STV

KERSTIN ANDERSON

    Plaintiff,

v.

THE TOWN OF DILLON

    Defendant.

---

### PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

---

Plaintiff Kerstin Anderson ("Plaintiff"), by and through counsel, H&K Law, LLC, hereby accepts Defendant's Offer of Judgment dated June 7, 2024, the terms of which are as follows:

    A. Judgment may be entered against the Town in the total amount of fifty thousand dollars ($50,000), exclusive of attorney's fees and costs.

    B. All recoverable attorney's fees and costs against the Town will be set by stipulation of the parties or by Court Order.

    C. The Judgement shall be in full satisfaction and shall operate to release all claims or rights that Plaintiff may have to damages or any other form of relief, arising out of any alleged act or omission of the Defendant in connection with the facts and circumstances that were alleged or could have been alleged in the subject action.

    Dated June 21, 2024

*/s/ Susan P. Klopman*
Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 300
Denver CO 80210
303.749.0659
sklopman@hklawllc.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I sent a copy of the **PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT** to the following parties via email:

Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
aschlagel@ndm-law.com
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　*/s/ Susan P. Klopman*
　　　　　　　　　　　　　　　　　　　　Susan P. Klopman
　　　　　　　　　　　　　　　　　　　　H&K Law, LLC
　　　　　　　　　　　　　　　　　　　　3900 E. Mexico Ave. Ste. 300
　　　　　　　　　　　　　　　　　　　　Denver CO 80210
　　　　　　　　　　　　　　　　　　　　303.749.0659
　　　　　　　　　　　　　　　　　　　　sklopman@hklawllc.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*